Robert C. Schubert (S.B.N. 62684)
Willem F. Jonckheer (S.B.N. 178748)
Noah M. Schubert (S.B.N. 278696)
**SCHUBERT JONCKHEER & KOLBE LLP**
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone:	(415) 788-4220
Facsimile:	(415) 788-0161
rschubert@sjk.law
wjonckheer@sjk.law
nschubert@sjk.law

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERA A. HAYS, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN CENTURY CAPITAL PORTFOLIOS, INC., AMERICAN CENTURY INVESTMENT SERVICES, INC., AMERICAN CENTURY INVESTMENT MANAGEMENT, INC., PATRICK BANNIGAN, JONATHAN THOMAS, R. WES CAMPBELL, CHRIS H. CHEESMAN, RAJESH K. GUPTA, C. JEAN WADE, THOMAS W. BUNN, BARRY FINK, ANDREA C. HALL, JAN M. LEWIS, LYNN JENKINS, M. JEANNINE STRANDJORD, JOHN R. WHITTEN, and STEPHEN E. YATES,<br><br>Defendants. | Case No. 3:21-cv-08625-CRB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Plaintiff's Notice of Voluntary Dismissal

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Vera A. Hays hereby dismisses, without prejudice, her claims in the above-captioned action against all named defendants. This notice is being filed with the Court before defendants have served an answer or moved for summary judgment in this action, and before a class has been certified.

Dated: January 31, 2022         **Schubert Jonckheer & Kolbe LLP**

By:     */s/ Willem F. Jonckheer*
Robert C. Schubert (S.B.N. 62684)
Willem F. Jonckheer (S.B.N. 178748)
Noah M. Schubert (S.B.N. 278696)
**Schubert Jonckheer & Kolbe LLP**
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone:  (415) 788-4220
Facsimile:  (415) 788-0161
Email:      rschubert@sjk.law
            wjonckheer@sjk.law
            nschubert@sjk.law

John Archibald (admitted *pro hac vice*)
**Investigation Counsel P.C.**
350 Bay Street, Suite 1100
Toronto ON M5H 2S6 Canada
Telephone:  (416) 637-3152
Email:      jarchibald@investigationcounsel.com

Paul Bates
**Bates Barristers Professional Corporation**
481 Plane Tree Drive
London ON N6G 5LS Canada
Telephone:  (416) 869-9898
Email:      pbates@batesbarristers.com

Alfred G. Yates, Jr.
Gerald L. Rutledge
**Law Office of Alfred G. Yates, Jr., P.C.**
1575 McFarland Road, Suite 305
Pittsburgh, PA 15216
Telephone:  (412) 391-5164
Email: yateslaw@aol.com

*Counsel for Plaintiff*

---

Plaintiff's Notice of Voluntary Dismissal